

# United States District Court
# Eastern District of California

Limber Javier Esteban Lopez

Plaintiff(s)

V.

Christopher Chestnut, Warden, et al

Defendant(s)

Case Number: 1:26-cv-02629

ORDER APPROVING
APPLICATION FOR PRO HAC VICE
(Doc. 2)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Fairuza Sofia

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Limber Javier Esteban Lopez

On _____02/23/2011_____ (date), I was admitted to practice and presently in good standing in the U.S. District Court for the Southern District of F _____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____04/08/2026_____

Signature of Applicant: /s/ Fairuza Sofia

**Pro Hac Vice Attorney**

Applicant's Name: Fairuza Sofia

Law Firm Name: The Sofia Law Firm

Address: 3313 W. Commercial Blvd # 190

City: Ft Lauderdale     State: FL     Zip: 33309

Phone Number w/Area Code: (954) 765-6591

City and State of Residence: Ft. Lauderdale

Primary E-mail Address: fairuze@fairuzesofia.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vanessa Molina

Law Firm Name: The Law Office of Vanessa Molina

Address: 1530 Lancaster Point Way

City: San Diego     State: CA     Zip: 92154

Phone Number w/Area Code: (619) 790-4300     Bar # 325672

## ORDER

The Pro Hac Vice Application (Doc. 2) is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 8, 2026

UNITES STATES MAGISTRATE JUDGE